UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RUSSELL ROSE, JASON WILSON, BRIAN T. HULETT, RICHARD O. GREEN, BRIAN S. LOUIS, MICHAEL I. BURTON, DONALD MARK PENNY, | Hon. Victoria A. Roberts |
| **Plaintiffs,** | Magistrate Judge Virginia M. Morgan |
| v. | Case No. **2:04**-CV-72742 |
| THE PEPSI BOTTLING GROUP, INC., and NEW BERN TRANSPORT CORPORATION, | |
| **Defendants** | |

| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>DAVID J. HOUSTON (P30448)<br>KRISTINE M. MOORE, (P60305)<br>Co-Counsel for Defendants<br>215 South Washington Square, Suite 200<br>Lansing, MI 48933-1816<br>Telephone:  (517) 487-4776<br>Facsimile: (517) 487-4700 | STEWART A. CHRISTIAN (P11870)<br>HALM, CHRISTIAN & PRINE, P.C.<br>Co-Counsel for Plaintiffs<br>2130 W. Grand River Avenue<br>P.O. Box 686<br>Howell, MI  48844-0686<br>Telephone: (517) 548-5310<br>DAN GETMAN, ESQ. |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>A Limited Liability Partnership<br>Including Professional Corporations<br>GUY N. HALGREN, Cal. Bar No. 115732<br>STACEY E. JAMES, Cal. Bar No. 185651<br>Co-Counsel for Defendants<br>501 West Broadway, 19th Floor<br>San Diego, California  92101-3598<br>Telephone:    619-338-6500<br>Facsimile:    619-234-3815 | LAW OFFICE OF DAN GETMAN<br>Co-Counsel for Plaintiffs<br>9 Paradies Lane<br>New Paltz, NY 12561<br>Telephone: (845) 255-9370<br>Facsimile: (845) 255-8649 |

## STIPULATION OF DISMISSAL AS TO DONALD PENNY ONLY

The Parties, by their undersigned counsel, have agreed to resolve amicably any and all claims by Plaintiff DONALD PENNY against Defendants THE PEPSI BOTTLING GROUP, INC., and NEW BERN TRANSPORT CORPORATION ("Defendants"), in this instant action, and hereby stipulate, consent and agree to dismiss the instant action with prejudice to Plaintiff **DONALD PENNY**. No attorneys' fees or costs will be awarded to any party by the Court. The Court shall retain jurisdiction to enforce any terms of the settlement between the parties.

Approved as to form and content:

/s/ Dan Getman                                         Dated: 04/24/06
Dan Getman
Counsel for Plaintiffs


/s/ Guy N. Halgren                                     Dated: 05/01/06
Guy N. Halgren
Stacey E. James
Counsel for The Pepsi Bottling Group and New Bern Transport Company


SO ORDERED:


Dated  May 3, 2006           S/Victoria A. Roberts
                             Hon. Victoria A. Roberts
                             United States District Judge


LANSING  34944-2  374658